**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN THE MATTER OF THE SEARCH OF** | ) | |
| **A 2010 TOYOTA COROLLA, BLACK** | ) | |
| **COLORED, FOUR-DOOR, BEARING** | ) | **MAG. NO. ____________** |
| **VIRGINIA LICENSE PLATE VPB6062** | ) | |
| **WITH VEHICLE IDENTIFICATION** | ) | |
| **NUMBER 1NXBU4EE0AZ341056** | ) | |

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

I, Michael Brown, Special Agent of the Federal Bureau of Investigation (FBI), Washington Field Office (WF), being duly sworn, depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since 2011. Currently, I am assigned to a violent crimes squad which where I have investigated numerous fugitive matters, bank and commercial robberies, and numerous other violations of federal law. I have also had conducted multiple terrorism investigations. Prior to becoming a Special Agent with the FBI, I was a United States Marine for approximately fourteen years. I have received training in general law enforcement and federal investigations. During my tenure with the FBI, I have participated in the execution of multiple search warrants in which evidence and instrumentalities of criminal activity have been seized.

2. Based upon training and experience and the training and experience of other law enforcement personnel with whom I have consulted, your affiant knows the following:

a. Individuals who participate in kidnappings for ransom frequently physically restrain their victims in order to prevent the victim from escape or contacting authorities. The types of restraints used during kidnappings include, but are not limited to, handcuffs,

zip ties, tape, belts, and rope. Your affiant is also aware that individuals who participate in kidnappings often use weapons as a means of assaulting and otherwise maintaining physical control over their victims, including, but not limited to, firearms and sharp objects such as knives.

b. Individuals who participate in kidnappings for ransom maintain communication devices such as cellular telephones, tablets, computers, PDAs, and pagers, in order to coordinate their activities and to communicate ransom demands.

c. Individuals who participate in kidnappings frequently maintain records and documents evidencing their criminal activities in connection with the kidnaping, such as photographs, notes, receipts and bills from the purchase of equipment utilized to effect and maintain the abduction, documents and records evidencing travel in interstate or foreign commerce, money orders, cashier's' checks, money wires, and other records of financial transactions engaged in as part of the criminal activity.

3. This affidavit is submitted in support of a search warrant for the following vehicle:

a. A 2010 Toyota Corolla, black in color four-door sedan with a broken passenger rear window, bearing Virginia license plate VPB6062, Vehicle Identification Number 1NXBU4EE0AZ341056 (hereinafter referred to as the "target vehicle" and described in Attachment A), and registered to Andriy Shvab. The vehicle is currently housed at the Federal Bureau of Investigation, Washington Field Office Automotive Maintenance unit located at 2800 V Street, N.E., Washington, D.C. 20018.

**PROBABLE CAUSE**

4. This affidavit is based in part upon information provided to me by other agents of the FBI and information provided by witnesses concerning a kidnaping which occurred within the District of Columbia. Because this affidavit is being submitted for the limited purpose of securing a search warrant for the target vehicle I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause for the issuance of a search warrant for the target vehicle.

5. Beginning on November 8, 2016, your affiant received information concerning a suspected kidnaping which occurred in the Washington, D.C. metropolitan area. Specifically, your affiant received information from the FBI's Assistant Legal Attaché (ALAT) in Rome, Italy, that a witness advised that he had been contacted by his friend, Daumants Petrovs, who was residing in the United States and who was being held for a ransom. As a result of this and other information, on November 8, 2016, the FBI obtained a judicially authorized search warrant to receive Global Positioning System (GPS) data on two cellular telephones associated with Petrovs and one of the suspected kidnappers, SULTAN ALORINI. Based upon GPS data and records checks from public and law enforcement databases, the FBI identified an address for ALORINI located at 5441 16th Avenue, Apt. T1, Hyattsville, Maryland. On the evening of November 9, 2016, GPS data for the victim's phone indicated that the telephone was located in the vicinity of this residence. Agents of the FBI and other law enforcement personnel responded to this location and ultimately detained two males after they exited the residence and a third male inside of the residence. Agents also located the victim Petrovs inside of the residence. Petrovs identified the three males, ALORINI, ANDRIY SHVAB, and EDNAR REZVANOV as participants in his kidnaping. The FBI placed the ALORINI, SHVAB, and REZVANOV under arrest, and they were charged by complaint with

Kidnaping, in violation of 18 U.S.C. § 1201(a)(1).

6. Agents interviewed Petrovs who advised that on November 6, 2016, at approximately 9:25 p.m., he was walking in the vicinity of the 1000 block of H Street, N.W., Washington, D.C., when he was grabbed by three men and forced into a black sedan with a broken passenger side rear window. Petrovs stated that his eyes were immediately taped over with duct tape, so that he could not see his assailants or determine where they were traveling. Petrovs stated that he was restrained with handcuffs and that his belt was wrapped around his ankles. Petrovs advised that he was driven around for approximately two to three hours, and at some point he heard the voice of a fourth assailant. Petrovs stated that eventually he was brought to 5441 16th Avenue, Apt. T1, Hyattsville, Maryland, where he was ultimately found by law enforcement personnel on November 9, 2016. Petrovs informed agents that during the kidnaping he was restrained, beaten, and told that unless he obtained $10,000 for his captors by Friday, November 11, 2016, he would be killed. Petrovs acknowledged that he contacted friends located in Italy in order to obtain the ransom money.[1] Petrovs stated that during the kidnaping a shotgun was pointed at him. During a search of the aforementioned residence, agents recovered shotgun shells, but were unable to locate any firearms within the residence.

7. During the interview, Petrovs provided a description of the vehicle used in his abduction stating that it was a black four door sedan with a broken rear passenger window. Agents

---

[1] Petrovs initially denied having knowledge about the motive for the kidnapping. Petrovs later admitted to agents that an associate of his in Latvia paid for him to enter the United States for the purpose of engaging in a fraud scheme to manufacture fake prepaid credit cards, which were supposed to be used to make withdrawals from ATM machines. As part of the scheme, Petrovs was supposed to send some of the money to his associate in Latvia. Petrovs admitted that upon entering the United States in September of 2016, he made a number of fake prepaid credit cards, which he used to withdrew money from ATM machines, but failed to turn the money over to his associate.

then canvassed the parking lot of the aforementioned address in an effort to locate the vehicle. After a short search, the target vehicle was found in the early morning of November 10, 2016, located in the parking lot near 5441 16th Avenue, Apt. T1, Hyattsville, Maryland. Petrovs positively identified the target vehicle as the vehicle used in his abduction. A records checks for the target vehicle revealed that it was registered to ANDRIY SHVAB at 6151 Edsall Road, Apt. 0. Alexandria, VA 223044. SHVAB was identified by Petrovs as one of his abductors and he was one of the three men arrested the night of November 9, 2016.

8. The target vehicle was towed to the FBI, Washington Field Office Automotive Maintenance unit at 2800 V Street, N.E., Washington D.C., where it is presently stored.

9. Your affiant asserts that the facts contained within this affidavit establish probable cause to believe that evidence of violations of the laws of the United States are located in the target vehicle, specifically violations of 18 U.S.C. §§ 1201(a)(1) and 875. Your affiant respectfully requests the issuance of a search warrant for the target vehicle to search and seize the evidence, instrumentalities and items listed in Attachment B to this Affidavit in support of the search warrant.

______________________________
Michael David Brown, Special Agent
Federal Bureau of Investigation
United States Department of Justice

Subscribed to and sworn to me this ____ day of November, 2016.

______________________________
DEBORAH A. ROBINSON
United States Magistrate Judge
For the District of Columbia